## COMMONWEALTH OF PENNSYLVANIA *v.* STATE OF WEST VIRGINIA.

## STATE OF OHIO *v.* STATE OF WEST VIRGINIA.

### IN EQUITY.

Nos. 15 and 16, Original. Decree entered June 11, 1923.

Decree, declaring c. 71, Laws of West Virginia of 1919, unconstitutional; enjoining that State and her officials from enforcing it; apportioning costs; and fixing the pay of the commissioner who took and reported the evidence.